IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


TRAVIS FRANCE                                                                      PLAINTIFF

          v.                          Civil No. 06-5226

DEPUTY GRANT; DEPUTY
DAPP; DR. HUSKINS;
and NURSE SUE McDONALD                                                DEFENDANTS


**<u>ORDER</u>**

As it appears this case may be resolved on motion for summary judgment, the defendants

are directed to file such a motion on or before **May 25, 2007**.  Once the summary judgment

motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the

motion.  For this reason, plaintiff is directed not to respond to the motion for summary judgment

until so ordered by the court.

IT IS SO ORDERED this 6th day of March 2007.


/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE


AO72A
(Rev. 8/82)

-1-