```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**TRAVIS FRANCE**                                                   **PLAINTIFF**

**v.**                          **Civil No. 06-5226**

**DEPUTY GRANT; DEPUTY**
**DAPP; DR. HUSKINS;**
**and NURSE SUE McDONALD**                                          **DEFENDANT**

### O R D E R

Now on this 12th day of April, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #21, filed March 23, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's motion for a preliminary injunction or temporary restraining order is hereby **denied.**

**IT IS SO ORDERED.**

                                        **/s/Jimm Larry Hendren**
                                        **HON. JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**