IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


TRAVIS FRANCE                                                          PLAINTIFF

          v.                        Civil No. 06-5226

DEPUTY GRANT; DEPUTY
DAPP; DR. HUSKINS;
and NURSE SUE McDONALD                                                DEFENDANTS


## O R D E R

Defendants filed a motion for summary judgment (Doc. 30).  To assist plaintiff in responding to the motion for summary judgment, the undersigned is propounding a questionnaire.  The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the motion for summary judgment.

For this reason, Travis France is hereby directed to complete, sign, and return the attached response to defendants' motion for summary judgment on or before **February 8, 2008**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 16th day of January 2008.


                                        /s/ *J. Marschewski*
                                        _____
                                        HON. JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE


-1-

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TRAVIS FRANCE                                                              PLAINTIFF

          v.                          Civil No. 06-5226

DEPUTY GRANT; DEPUTY
DAPP; DR. HUSKINS;
and NURSE SUE McDONALD                                                     DEFENDANTS

## RESPONSE TO SUMMARY JUDGMENT MOTION

TO:  TRAVIS FRANCE

          These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **February 8, 2008.**

          1.  You were booked into the Benton County Detention Center (BCDC) on June 23,

2006, on charges of commercial burglary and theft of property.

          Agree_____ Disagree_____Without knowledge to agree or disagree_____.

          If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

          page 1.

_____

_____

_____

_____

          2.  You were issued a bail bond by First Arkansas Bail Bonds on June 25th are were

released.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 2.

_____

_____

_____

_____

3. On July 17, 2006, you were booked back into the BCDC on charges of theft of property and a probation violation.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 3.

_____

_____

_____

_____

4.  You obtained a bail bond from First Arkansas Bail Bonds on July 26th and were released from custody.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 6.

_____

_____

_____

_____

5.   You were booked into the BCDC on residential burglary and theft of property charges on August 4, 2006, and given a court date on September 11th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 7.

_____

_____

_____

_____

6.   You were given a copy of the detainee rules and provided a copy of the detainee handbook.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

7.   On August 4, 2006, a judgment and disposition order was filed indicating you pled

guilty to breaking or entering and theft of property.  You were placed on probation for thirty-six months and were ordered to pay restitution in the amount of $5,760 to Freedom Power Sports and $500 to Benton County.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at pages 9-12.

_____

_____

_____

_____

8.  You signed the inmate telephone system notice form on August 4th.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page13.

_____

_____

_____

_____

9.  On August 4th a warrant was served on you by Detective Eric Van Dyke for residential burglary and theft of property.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

-5-

page 14.

_____

_____

_____

_____

    10.  On August 27th you were involved in a physical altercation with fellow inmate Rickey Warrington.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

    11.  Deputy Vanatta advised you that you would be locked down for fighting.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

-6-

12.   You were given a disciplinary for fighting.  You had a hearing and were found guilty.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

13.   You were given thirty days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

14.   You appealed and the decision was upheld.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 4.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

15.  On August 31st you submitted a medical request.  You indicated your wisdom teeth were coming in and causing you pain.  You asked if you could get something for the pain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

16.  You were seen by the nurse on September 1st and she prescribed Ibuprofen for four days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 50.

_____

_____

_____

_____

-8-

17.  You received the Ibuprofen.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 50.

_____

_____

_____

_____

18.  On September 1st you requested a soft tray due to pain from your wisdom teeth coming in.  You stated your gums hurt when you ate chips, carrots, celery, or cookies.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

19.  In response, Nurse McDonald noted that your wisdom teeth were erupting.  She noted you were hoarding Ibuprofen.  She instructed you to chew on the other side of your mouth.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

     20.  On September 2nd Deputy Barrett reported that he found three medication tablets in an envelop belonging to you while conducting head counts and cell checks.  Later that day when you were instructed to go back to you cell, you slammed your cell door shut.  Barrett told you that you were being locked down for hoarding medication and slamming the door.

     Agree_____  Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 5.

_____

_____

_____

_____

     21(A).  You were given a disciplinary for making excessive noise.   A hearing was held and you were found guilty.  You were given ten days lock-down and loss of privileges.

     Agree_____  Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 6.

_____

_____

-10-

_____

_____

(B).  You appealed the decision and it was affirmed.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 6.

_____

_____

_____

_____

22(A).   You were also given a disciplinary for storing medication.  You were given a hearing, found guilty, and given ten days lock-down and loss of privileges.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 7.

_____

_____

_____

_____

(B).  You appealed and the decision was affirmed.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

-11-

page 7.

_____

_____

_____

_____

     23.  On September 2nd Barrett sent Nurse McDonald a note advising her that you had

been storing Ibuprofen in your cell and that he had pulled your med sheet.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 8.

_____

_____

_____

_____

     24.  On September 6th Deputy Arhangelsky saw you wearing a t-shirt with no sleeves.

You stated you were issued the shirt like that but kept it because you thought it was cool.

Arhangelsky told you that you were being locked down for destruction of county property.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 9.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

    25.   You were given a disciplinary.  There was a hearing, you were found guilty, and

put on lock-down for thirty days with loss of privileges.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

    page 11.

_____

_____

_____

_____

    26.   You appealed and the decision was upheld.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

    page 11.

_____

_____

_____

_____

    27.  On September 12th you asked to speak with the lieutenant about some stuff that

was going on.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

28.  Lt. Carter spoke with you on the 19th.

Agree_____   Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

29.  What "stuff" did you speak to Carter about?

Answer:

_____

_____

_____

_____

30.  You requested medical attention on September 12th.  You stated your gums hurt when you ate.

-14-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 3.

_____

_____

_____

_____

31(A).  In response, you were seen by the nurse and given Ibuprofen for erupting wisdom teeth.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(B).  You received the Ibuprofen.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 58.

_____

_____

_____

-15-

_____

32.  On September 20th Officer Wiens noted that you had been threatened by Salas, Rodriguez and a few other Hispanics in E-103 because you would not give up your food. You were to be allowed to go back to general population when your lock-down was over.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 12.

_____

_____

_____

_____

33.  On September 27th you requested a soft tray due to your wisdom teeth coming in. You also requested something for the pain.  In response, it was noted you would see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 4.

_____

_____

_____

_____

34. You submitted another medical request dated September 27th due to a pain in

-16-

your left wrist.  You asked for something for the pain.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 5.

_____

_____

_____

_____

     35(A).  On September 28th you were seen by the nurse.  She gave you Ibuprofen and said she would contact someone about your dietary tray.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.

_____

_____

_____

_____

     (B).  You received the Ibuprofen.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 56.

_____

_____

-17-

_____

_____

36.  Did you receive a different diet after September 28th?

Answer:

_____

_____

_____

_____

37.  On September 30th you submitted a medical request asking for treatment for a painful bump on the left side of your chest.  You stated you would like the doctor to look at it.  In response, Nurse McDonald noted that you would be seen by the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 6.

_____

_____

_____

_____

38(A).  You were seen by the doctor on October 4th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

-18-

_____

_____

_____

(B).  What treatment did you receive?

Answer:

_____

_____

_____

_____

39(A).  You submitted a medical request on October 7th.  You stated you had a runny

nose and were getting sick.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 8.

_____

_____

_____

_____

(B).  On October 9th you submitted a medical request.  You stated your tonsils were

swollen and it was hard for you to eat solid food.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

-19-

page 7.

_____

_____

_____

_____

40(A).  You were seen by the nurse on October 9th.  She instructed you to gargle with salt water before meals.  She prescribed Ibuprofen for four days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(B).  You received the Ibuprofen.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 51.

_____

_____

_____

_____

41(A).  You asked to see the doctor on October 12th because you could not swallow

-20-

food.  You were seen by the doctor and prescribed Erythromycin.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(B).  You received the Erythromycin.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 57.

_____

_____

_____

_____

42. On October 14th Inmate Allen Outhouse reported to Deputy Baker that he should

check the floor of cell 214 and look by the inmate's sandals.  The sandals belonged to inmate

Mark Teas.  Baker found a pill next to the sandals.  Teas denied knowing anything about the

pill.  Later you told Baker that Outhouse had slid the pill under the cell door while Teas was

sleeping.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

-21-

page 13.

_____

_____

_____

_____

43(A).  On October 20th Deputy Undiano was assigned to E-pod.  He was making room for a suicidal inmate and was instructed to move you and inmate Marlon Escobar.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 14.

_____

_____

_____

_____

(B).  While in your cell, Undiano found a piece of foam from inside the mat lying under your bunk.  You stated you had pulled the foam out of the mat.  Undiano also found a drinking cup, a complete newspaper, and a towel.  You said that you had the cup since breakfast.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 14.

_____

-22-

_____

_____

_____

(C).  Escobar asked that he not be placed in a cell with you because he said you kept showing him your genitals and touching him with them.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 15.

_____

_____

_____

_____

(D).  You were given a disciplinary for destroying property, received a hearing, and were found guilty.  You were given thirty days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 16.

_____

_____

_____

_____

(E).  You appealed and the decision was affirmed.

-23-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 16.

_____

_____

_____

_____

44(A).  On October 21st you complained that you were out of your medication.  You

also stated you would like to know when you were going to get the stuff taken out of your

chest.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 9.

_____

_____

_____

_____

(B).  What stuff are you referring to?

Answer:

_____

_____

_____

-24-

_____

45(A).  On October 25th Deputy Monroe and Deputy Bennett saw you "fishing" with a piece of string with a tube of tooth paste tied to the end of it.  When they searched your cell, they found several pieces of foam from the mats, lead from pencils, and a newspaper article.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 17.

_____

_____

_____

_____

(B).  While they were discussing whether they should let you off with a warning or go ahead and lock you down, they returned to pod control and resumed their duties.  An hour and twenty-five minutes later you pressed your button and asked whether you could clean.  You were told you could not because of the contraband found.  You asked it you were being written up.  You were told it was still under discussion.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 17.

_____

_____

_____

-25-

_____

(C).  You became irrate and began repeatedly pushing your button.  You called

Monroe a "fat a–" and a "punk a– b----."    She told you that you were being locked down for

using disrespectful language.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 17.

_____

_____

_____

_____

(D).  You continued to press the button despite several warnings.  You also kicked

your cell door.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 18.

_____

_____

_____

_____

(E).  Monroe, Thompson, Sgt. Faulkenberry, and Deputy Dapp entered your cell and

ordered you to face the wall and get on your knees.  You complied.  You were handcuffed

-26-

and shackled.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 18.

_____

_____

_____

_____

46.  You were given a disciplinary for destruction of property and concealing items from jail staff.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 19.

_____

_____

_____

_____

47.  You were given a hearing, found guilty, and given thirty days lock-down and loss of privileges.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 19.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

48.  You appealed and the decision was upheld.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 19.

_____

_____

_____

_____

49.  You were given a second disciplinary for being disrespectful to a deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 20.

_____

_____

_____

_____

50.  You were given a hearing, found guilty, and given ten days lock down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 20.

_____

_____

_____

_____

51.  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 20.

_____

_____

_____

_____

52.  On October 26th Undiano at 8:20 p.m. reported that while he was performing a shakedown with other officers he heard loud banging from E-103 and several inmates yelling. They turned on the emergency intercoms in different cells to locate the cell that the banging and yelling was coming from.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 22.

-29-

_____

_____

_____

_____

53.  When the intercom in your cell, 129, was turned on you could be heard banging

on your door and yelling.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 22.

_____

_____

_____

_____

54.  Undiano, Corporal Paul, Deputy Brown, and Corporal Becker went to your cell.

Undiano told you to get on the floor.  You hesitated but then complied.  Paul took your left

hand and Undiano your right.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 22.

_____

_____

_____

-30-

_____

55.  You were put in handcuffs and then leg restraints.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 22.

_____

_____

_____

_____

56.  Ten minutes later inmates continued banging on their doors.  The deputies got multiple leg restraints and re-entered E-103.  Undiano entered cell 129 to change out his personal handcuffs.  You were compliant but asked if your shackles could be loosened because your ankles were swollen from last night.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at pages 22-23.

_____

_____

_____

_____

57.  Undiano loosened the leg restraints and double locked them.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-31-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 23.

_____

_____

_____

_____

58.  Undiano checked you for injuries.  You did not appear to have any injuries.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 23.

_____

_____

_____

_____

59.  On October 26th at approximately 8:40 p.m., Dapp reported that he was dressing when he received a call to go check on you.  You had been put in five point restraints.  Dapp went to check on you.  You told him you were standing on the toilet trying to use the bathroom and fell and hit your head.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 21.

_____

-32-

_____

_____

_____

60.  You were offered an ice pack and refused.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 21.

_____

_____

_____

_____

61.  You were seen by the doctor and treated for a cut.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 36.

_____

_____

_____

_____

62(A).  On October 26th you requested a vegetarian tray.  You stated you were a

Seventh Day Adventist.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-33-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 10.

_____

_____

_____

_____

(B).  In response, you were told you would be seen Monday, the 30th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 10.

_____

_____

_____

_____

(C).  Please explain why this is the first time you requested a vegetarian tray.

Answer:

_____

_____

_____

_____

(D).  Does your religion dictate that you follow a vegetarian diet?

Answer:

-34-

_____

_____

_____

_____

(E).  When did you become a Seventh Day Adventist?

Answer:

_____

_____

_____

_____

63.  On October 27th you submitted a grievance about Sgt. Faulkenberry.  You stated when you fell and hit your head he refused you medical treatment.  You stated that you were having trouble breathing and felt light headed following your fall but you were not even checked on.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

64.  In response, you were told if you had a medical problem to fill out a medical

-35-

request.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 2.

_____

_____

_____

_____

65.  On October 27th you also submitted a medical request.  You stated you could not

feel your thumb anymore.  You stated you thought they pinched a nerve when they had

handcuffs on you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 11.

_____

_____

_____

_____

66.  On October 27th you submitted a medical request stating it was against your

religion to eat meat because you were a Seventh Day Adventist.  You also stated that you

were lactose intolerant and could not eat cheese.  You indicated you would like a vegetarian

tray or something because all you were eating was your bread and sides and were hungry

throughout the day.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

67.  In response, you were told you had not said anything about this when you came in.  You were told you would remain on the same diet.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

68.  On October 29th Vanatta reported that he saw an inmate try to pass food under your cell door.  When you were told not to pass food or you would be locked down, you called Vanatta a disrespectful name.  Vanatta told you that you would be locked down if you continued to call him names.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

-37-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 25.

_____

_____

_____

_____

69.  You continued cussing Vanatta, pushing the emergency button, and hitting the door.  Vanatta, Deputy Clark, and Corporal Powell entered your cell and told you to go to the back of the cell, get on your knees, and face the wall.  You went to the middle of the cell and got on your knees.  You refused to go to the back of the cell.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 25.

_____

_____

_____

_____

70.  You were placed on the floor and handcuffed.  You were then put in shackles where you remained for approximately two hours.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 25.

-38-

_____

_____

_____

_____

71.  You were seen by the nurse on October 30th.  She noted you wanted a vegetarian diet.  She noted you stated you went to the Seventh Day Adventist Church in Rogers, Arkansas.  She wrote unable to get address only phone number.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 36.

_____

_____

_____

_____

72.  On October 30th you submitted a grievance complaining that the nurse wouldn't give you a vegetarian diet.  You stated it was against your religion to eat meat.  You stated something needed to be done or you would get your lawyer involved.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 4.

_____

_____

-39-

_____

_____

    73.  Petray responded that the medical staff had nothing to do with vegetarian diets.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 4.

_____

_____

_____

_____

    74.  On November 2nd you were pushing the emergency button in your cell in order

to obtain a grievance and a medical request form.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 27.

_____

_____

_____

_____

    75.  You had already been given two grievances that day.  Deputy Grant advised you

the button was for emergencies only.  You were told you would be brought a grievance when

Grant was able to bring you one.

-40-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 27.

_____

_____

_____

_____

76.  You kept pushing the button, using profanity when talking to Grant, and began kicking your cell door.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 27.

_____

_____

_____

_____

77.  At approximately 6:13 p.m., Grant and Dapp came to your cell, cell 229, to place you into five point restraints.  You were told to go to the back of the cell and get down on your knees and put your hands on the wall.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 27.

-41-

_____

_____

_____

_____

78.  You refused saying that they were not putting the restraints on you.  Grant administered a one second burst of oleoresin capsicum (OC) spray.  You turned away.  Grant grabbed your left arm to put you on the floor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 27.

_____

_____

_____

_____

79.  You grabbed Grant's hand in which he had the can of OC spray.  You hit your head on the edge of the toilet on your way to the floor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 27.

_____

_____

_____

-42-

80.  You still had a hold of Grant's hand and tried to work the OC can free.  Grant ordered you to release his hand.  You did not comply and Grant sprayed another one second burst of OC spray.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 27.

_____

_____

_____

_____

81.  You released your grip and were put in handcuffs.  You were taken to the top shower of E-103 to be decontaminated.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 27.

_____

_____

_____

_____

82(A).  Dapp noticed a laceration on the back of your head and that you seemed to be going in and out of consciousness.

-43-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 28.

_____

_____

_____

_____

(B).  Vaughn also noticed a laceration on the lower portion on the rear of your head. The laceration was bleeding.  You were complaining of dizziness and feeling lightheaded.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 30.

_____

_____

_____

_____

83.  Your handcuffs were removed and you were taken to booking and showered again.  You were given new whites and stripes.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 28.

_____

-44-

_____

_____

_____

84.  You were transported by ambulance to the Northwest Medical Center.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 28.

_____

_____

_____

_____

85.  Your cell was searched and you had written in pencil on the walls:  "f— Grant"

and "Grant the fat a–."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 28.

_____

_____

_____

_____

86.  Shift Supervisor Fernandez advised Corporal Paul and Sergeant Veith that you

had been involved in a use of force situation with deputies and may have lost consciousness.

-45-

Paul rode in the ambulance with you to the hospital and Veith followed in a patrol unit.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 29.

_____

_____

_____

_____

87.  At the hospital, you were diagnosed with a minor head injury and surgical staples

were used to close the laceration in the back of your head.  The staples were to be removed in

ten days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5.

_____

_____

_____

_____

88.  The detention staff with you were instructed that you should be woken up every

hour to make sure you were conscious.  They were also told you should be kept away from

other inmates and have the staples removed in ten days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

AO72A
(Rev. 8/82)

page 29.

_____

_____

_____

_____

89(A).  On November 2nd you submitted a grievance stating that Grant took some of

your legal papers.  You indicate you told him you hadn't seen anyone so fat in your life.  You

indicate Grant responded:  "What you ain't met your own Mom."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 5.

_____

_____

_____

_____

(B).  In response, Captain Petray stated this was not what happened.  He told you that

you would obey the rules of the jail or you would remain on lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 5.

_____

_____

-47-

_____

_____

     90(A).  You were seen by the doctor on November 3rd.  He noted your sutures would

be taken out in ten days.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

     page 36.

_____

_____

_____

_____

     (B).  Did you receive any other treatment from the doctor on the 3rd?

     Answer:

_____

_____

_____

_____

     91(A).  On November 4th you submitted a grievance.  You stated Grant entered your

cell on the 2nd and told you to put your hands on the wall.  When you did, you stated he

kicked your hands off the wall forcing you to hit the ground.  You state your head hit the

toilet.  You indicate you closed your eyes so the spray would not get in them and Grant

forced them open with his two fingers and then sprayed you again.

AO72A
(Rev. 8/82)

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 16.

_____

_____

_____

_____

(B).  Petray responded this was not how the incident occurred.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 16.

_____

_____

_____

_____

92.  On November 5th Arhangelsky noticed that you had a piece of mattress hidden in your paper roll.  He added time to your lockdown for mutilating your mattress.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 31.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

93.  On November 5th you submitted a medical request stating you were in lots of

pain.  In response, you were told you would see the doctor on Friday, November 10th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 13.

_____

_____

_____

_____

94.  You were seen by Nurse McDonald on November 7th and she noted no drainage

from the sutures and that they were intact and dry.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 36.

_____

_____

_____

_____

95(A).  On November 7th you submitted a medical request stating that since you had

been sprayed on November 3rd you could not open your left eye and couldn't see because it

-50-

was blurry.  You asked to see an eye doctor or someone.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 14.

_____

_____

_____

_____

(B).  In response, you were told you would see the doctor on the 13th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 14.

_____

_____

_____

_____

96(A).  On November 7th you submitted a grievance.  You stated Grant came into your cell and told you to put your hands on the wall.  When you complied, you state he sprayed you.  You indicate you closed your eyes and then he took your arm and threw you to the ground causing you to hit your head on the toilet.  You state he handcuffed you from behind and kneed you in the back.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-51-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 7.

_____

_____

_____

_____

(B).  In response, Petray stated the incident had been looked into.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 7.

_____

_____

_____

_____

97(A).  On November 7th you submitted another grievance asking why you were back in the pod.  You stated you were under medical attention in booking because of your staples but had been moved to the pod.  You stated the hospital said you were to be checked on once in awhile.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 8.

_____

-52-

_____

_____

_____

(B).  In response, you were told that nothing was said about where you were to be housed.  You were told you were getting medical attention.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 8.

_____

_____

_____

_____

98.  On November 8th you submitted a request to see the doctor because of pain in your staples.  You also indicated one of them was loose.  In response you were told you would see the doctor Friday.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 15.

_____

_____

_____

_____

-53-

99.  On November 8th you submitted a grievance asking to be allowed to shower everyday until you got the staples out so that you could keep your wound clean.  In response you were told that Petray would check on it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 9.

_____

_____

_____

_____

100.  On November 8th you submitted a medical request stating you were still in pain and still could not see out of your left eye.  In response you were told you would see the doctor on Friday, the 10th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 16.

_____

_____

_____

_____

101(A).  On November 9th you submitted a grievance complaining that the incident reports by the officers did not tell the truth about what occurred on November 2nd.  You

-54-

stated you were ordered to the back of your cell and to put your hands on the wall.  When you

did that you indicate Grant sprayed you and you covered your eyes.  Grant then took your arm

off the wall and threw you to the floor.  You indicate your head hit the toilet.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 10.

_____

_____

_____

_____

(B).  Petray stated this was not how the incident happened.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 10.

_____

_____

_____

_____

102.  On November 9th you asked why you were not in medical treatment any more.

You stated you had been moved from the medical cell and were not getting to shower daily.

In response, Petray stated you were getting medical treatment.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 11.

_____

_____

_____

_____

103.  You were seen by the doctor on November 13th.  Your staples were removed and you were prescribed Ibuprofen for ten days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 36.

_____

_____

_____

_____

104(A).  On November 20th you stated you were a vegetarian.  You stated you were a Seventh Day Adventist and wanted a special tray.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 12.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

    (B).  You indicated you were also something else.  It looks like the word begins with

luck.  Explain what this is?

    Answer:

_____

_____

_____

_____

    (C).  In response, you were told it was not stated on your intake sheet so the nurse was

unable to approve your request for a special tray.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

    page 12.

_____

_____

_____

_____

    105.  On November 30th you submitted a request for treatment for a spider bite on

your back.  You stated it hurt bad.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

AO72A
(Rev. 8/82)

page 17.

_____

_____

_____

_____

106(A).  On December 4th you submitted a request for a vegetarian diet.  You stated you were a Seventh Day Adventist and it was against your religion to eat meat.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 18.

_____

_____

_____

_____

(B).  In response your intake sheet was checked.  It was noted your religion was not specified.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 18.

_____

_____

_____

-58-

_____

107.  On December 6th you asked to for medical treatment for a staph infection.  You

stated that you had put in four medical requests.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 19.

_____

_____

_____

_____

108.  On December 7th you were prescribed Keflex and Tylenol for the bite on your

back.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 36.

_____

_____

_____

_____

109.  You were seen by Dr. John Huskins on December 8th.  He noted you had a rash

on your back.  He noted you had been started on Keflex for the red area on your back.  He

noted you had some folliculitis.  He increased the Keflex to four times a day.  He stated they

would also consider Tetracycline.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 20.

_____

_____

_____

_____

110(A).  On December 8th Deputy De La Garza reported that contraband was found in your cell (torn rags, pouch bag tied to your boxers, and home made dice).

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 32.

_____

_____

_____

_____

(B).  You were given a disciplinary for defacing, altering, damaging, or destroying property.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 33.

_____

_____

_____

_____

(C).  You had a hearing, were found guilty, and given thirty days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 33.

_____

_____

_____

_____

(D).  You appealed the decision and it was upheld.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 33.

_____

_____

_____

_____

111.  On December 9th you requested something to help you sleep.  You indicated

-61-

you couldn't sleep at night and had nightmares.  You indicated you used to be on 100 mg. of Seroquel.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 21.

_____

_____

_____

_____

112.  In response, you were told you had seen the doctor yesterday.  You were asked why you didn't talk to him about it then.  You were told to write your Mother and see if she would bring up your prescription.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 21.

_____

_____

_____

_____

113(A).  On December 10th you were involved in a physical altercation with inmate Joe Knox.  Deputy Lee reported it and you were locked down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 34.

_____

_____

_____

_____

(B).  You were given a disciplinary for fighting.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 35.

_____

_____

_____

_____

(C).  You had a hearing, were found guilty, and given thirty days lock-down with loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 35.

_____

_____

_____

-63-

(D).  You appealed and the decision was upheld.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 35.

_____

_____

_____

_____

114(A).  On December 10th you submitted a request to be put back on your antibiotic

four times a day.  You stated somebody had pulled your meds and your staph infection was

getting worse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 22.

_____

_____

_____

_____

(B).  You were seen by the nurse and given Trazodone.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

-64-

page 35.

_____

_____

_____

_____

115.  On December 20th you submitted a medical request stating that your Mother

was in the hospital and she could not bring your prescription for Seroquel.  You requested

that they provide it.  In response, you were told they would need your medical records

verifying you were on it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 23.

_____

_____

_____

_____

116.  On December 28th you submitted a grievance/medical request.  You stated you

had filled out many medical requests and hadn't been seen.  You stated you were in lots of

pain and needed to talk to someone about your medication.  In response, you were told your

request would be forwarded to medical.  You were also told the doctor made all medical

decisions in the jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-65-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 24.

_____

_____

_____

_____

117.  On December 30th you asked to see the nurse about the Seroquel that you were supposed to be on.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 25.

_____

_____

_____

_____

118.  On January 4, 2007, you submitted a medical request.  You stated your wisdom teeth were coming in and you couldn't eat hard foods.  You asked if you could get something for them.  You also indicated your tonsils were swollen and it was hard for you to swallow.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 27.

_____

-66-

_____

_____

_____

119(A).  You were seen by Dr. Huskins on January 5th.  He examined the rash on your back.  He noted you had some folliculitis.  He increased your Keflex to four times a day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 29.

_____

_____

_____

_____

(B).  He also examined your throat.  He noted there was some post nasal drainage and your tonsils were slightly enlarged.  He started you on Erythromycin.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 30.

_____

_____

_____

_____

(C).  He noted you had been on Seroquel in the past and were currently on Trazodone.

-67-

He stated they would have you sign a release so they could obtain your records.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 30.

_____

_____

_____

_____

120(A).  You completed a release for your records from Dr. Emerson that day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 31.

_____

_____

_____

_____

(B).  Dr. Emerson's office called the nurse and stated they had last seen you in 2005 and you were on Metadate 20 mg.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 35.

_____

_____

_____

_____

121(A).  On January 10th Monroe reported that you and Inmate Barrientos were being locked down for flooding.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 36.

_____

_____

_____

_____

(B).  You were given a disciplinary for flooding.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 37.

_____

_____

_____

_____

(C).  You were given a hearing, found guilty, and given thirty days lock down and loss of privileges.

-69-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 37.

_____

_____

_____

_____

(D).  You appealed and the disciplinary conviction was reversed because of insufficient evidence.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 37.

_____

_____

_____

_____

122(A).  On January 12th Faulkenberry wrote you and Barrientos up for having an ink pen in your cell, an extra t-shirt, and a newspaper.  There was a drawing on the wall of the cell which neither of you would admit to having drawn.  You both were locked down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 38.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

(B).  You were given a disciplinary for concealing items from jail staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 39.

_____

_____

_____

_____

(C).  You were given a hearing, found guilty, and given ten days lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 39.

_____

_____

_____

_____

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-71-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 39.

_____

_____

_____

_____

123.  On January 21st you submitted a medical request stating that you got migraines all the time.  You asked if you could get a PRN sheet for 500 mg. of Tylenol so you could get it when you had a migraine.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 33.

_____

_____

_____

_____

124(A).  On January 23rd Deputy Jessen wrote you up for possession of an unauthorized tool (an ink pen).  You were locked down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 40.

_____

-72-

_____

_____

_____

(B).  You were given a disciplinary for possession of an item not issued.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 41.

_____

_____

_____

_____

(C).  A hearing was held, you were found guilty, and given ten days lock-down with

loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 41.

_____

_____

_____

_____

(D).  You appealed and the decision was upheld.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 41.

_____

_____

_____

_____

125.  On January 24th you submitted a grievance that stated you had been filling out requests to see the doctor and nurse.  You indicated you really needed to see them about your medication and were in lots of pain.  In response you were told the grievance would be forwarded to medical.  You were told the doctor made all medical decisions in the jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 13.

_____

_____

_____

_____

126(A).  On January 25th Corporal Barrett found a newspaper under your mat.  That same day he found extra envelops and extra paper.  You were locked down for concealing items.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

-74-

page 42.

_____

_____

_____

_____

(B).  You were given a disciplinary for concealing items from jail staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 44.

_____

_____

_____

_____

(C).  You were given a hearing, found guilty, and given ten days lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 44.

_____

_____

_____

_____

(D).  You appealed and the decision was upheld.

-75-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 44.

_____

_____

_____

_____

127.  On January 28th you were treated by medical staff for your complaints of migraines and inability to sleep.  Your Trazodone was increased and you were given a PRN card for Tylenol.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 35.

_____

_____

_____

_____

128(A).  On February 6th you submitted a grievance wanting to know why you medication got pulled.  You stated that you had been told it had been ordered.  You indicated you were on the medication before you came to the jail.  In response, you were told if you had a medical problem to put in a medical request.  You were also told the doctor made all medical decisions.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 14.

_____

_____

_____

_____

(B).  What medication had been pulled?

Answer:

_____

_____

_____

_____

129.  On February 7th you submitted a grievance stating that you were being refused access to the law library.  You indicate you were told to contact your lawyer.  You indicate you were going to the library to help yourself and your lawyer with your case.  In response you were told the library was for inmates who did not have lawyers.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 15.

_____

_____

-77-

_____

_____

130.  On February 7th you submitted a grievance stating you had a spider bite or staph infection on your back.  You stated it was getting worse.  You indicated it was as big around as a half dollar.  You asked if you could get a shower every day until it was gone.  In response you were told your request would be forwarded to medical.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 16.

_____

_____

_____

_____

131.  On February 8th you submitted a medical request stating that you had a spider bite on your back that had been there for a week.  You stated it hurt and you needed medicine.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 34.

_____

_____

_____

-78-

---

132.  You were seen by the nurse on February 8th.  She noted you had a bite on your back that was red, swollen, and tender.  You were prescribed Amoxil and Tylenol.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 35.

_____

_____

_____

_____

133(A).  On February 7th Monroe wrote you up for repeatedly tapping on your intercom, yelling, and kicking.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 45.

_____

_____

_____

_____

(B).  At 23:40 (or 11:40 p.m.) you were shackled and moved to booking.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

-79-

page 45.

_____

_____

_____

_____

(C).  At 00:45 (or 12:45 a.m.), you were taken back to your cell and all restraints removed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 247

_____

_____

_____

_____

(D).  You were given a disciplinary for making excessive noise and behaving in a boisterous manner.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 48.

_____

_____

_____

-80-

_____

(E).  You were given a hearing, found guilty, and given ten days lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 48.

_____

_____

_____

_____

(F).  You appealed and the decision was upheld.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 48.

_____

_____

_____

_____

134.  On February 12th the nurse examined you and noted the bite on your back was healing well.  She covered it with a band-aid.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 35.

-81-

_____

_____

_____

_____

135.  On March 2nd you were given Tylenol 1000 mg. for four days PRN for a headache.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 37.

_____

_____

_____

_____

136.  You received all medication prescribed to you by the medical personnel who treated you while you were incarcerated at the BCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 39-58.

_____

_____

_____

_____

-82-

137.  Please describe in detail how you believe Dr. Huskins exhibited deliberate

indifference to your serious medical needs.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

138.  You received all medical care Dr. Huskins believed in the exercise of his

medical judgment you needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

-83-

_____

_____

_____

_____

_____

_____

_____

139.  Please describe in detail how you believe Nurse McDonald exhibited deliberate indifference to your serious medical needs.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-84-

_____

_____

140.  Did you suffer any injury because of a delay in your receiving medical treatment while at the BCDC?

Answer:  Yes _____ No _____.

If you answered yes, please describe:  (a) the injuries you suffered; (b) the symptoms you experienced; (c) the severity of the injuries or symptoms; (d) whether you sought, or received, medical treatment; and (e) how long it took you to recover.  **Also provide the court with any medical evidence you have to substantiate or verify the injury caused by the delay in treatment.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-85-

_____

_____

_____

_____

_____

_____

_____

_____

141.  When were you released from the BCDC or transferred to another facility?

Answer:

_____

_____

_____

_____

142.  Do you contend Dapp used excessive physical force against you on November 2nd?

Answer:  Yes _____ No _____.

If you answered yes, please:  (a) describe the physical force he used; (b) describe the injuries you suffered; and (c) describe your actions.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

        If you answered no, please state how you believe Dapp violated your federal

constitutional rights.

_____

_____

_____

_____

_____

_____

-87-

_____

_____

_____

_____

_____

_____

    143.  You contend Grant used excessive physical force against you on November 2nd.

Please describe in detail:  (a) the physical force he used; (b) the injuries you suffered; and (c)

your actions.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-88-

_____

_____

_____

144.   Under section 1983, an individual may be sued in his official capacity, in his individual capacity, or in both capacities.  An official capacity claim is the same as a claim against the entity for whom the individual works and requires a showing of a custom or policy.  Ordinarily, if you fail to state what capacity you are suing an individual in, the law presumes you are bringing only an official capacity claim.  An individual capacity claim seeks to hold the individual personally liable.  Did you intend to bring an official capacity claim, an individual capacity claim, or both types of claims against the defendants?

Answer:

_____

_____

_____

_____

Detail below any further response you would like to make to Defendants' motion for summary judgment.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

-89-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2008.


_____
TRAVIS FRANCE


-90-