IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TRAVIS FRANCE                                                    PLAINTIFF

    v.                             No. 06-5226

DEPUTY GRANT, et al. .                                          DEFENDANTS

### O R D E R

Now on this 12th day of March, 2008, comes on for consideration the **Report and Recommendation (Doc. 38)** filed herein on February 15, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.  No objections to the Report and Recommendation have been filed.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, the Court orders as follows:

    \*   defendants' **Motion for Summary Judgment (Doc. 30)** is **GRANTED** with regard to the denial of medical care claims asserted against Dr Huskins and Nurse Sue McDonald and these defendants are **DISMISSED** from this action; and

    \*   the motion is **DENIED** with regard to the claims asserted against Deputy Grant and Deputy Dapp, and these defendants are directed to advise the Court within thirty days of whether they intend to file an interlocutory appeal on the issue of qualified immunity.

This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE