IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TRAVIS FRANCE                                                                                       PLAINTIFF

      v.                                        Civil No. 06-5226

DEPUTY GRANT; DEPUTY
DAPP; DR. HUSKINS;
and NURSE SUE McDONALD                                                       DEFENDANTS

## ORDER

On April 17, 2008, the plaintiff filed two motions to compel (Doc. 44) and (Doc. 45). In his first motion to compel (Doc. 44), he contends he served requests for the production of documents on the defendants on January 22, 2008, pursuant to Rule 34 of the Federal Rules of Civil Procedure and has received no response from the defendants.

In the second motion to compel (Doc. 45), he contends he served interrogatories on the defendants on January 22, 2008. Plaintiff states that on March 3, 2008, he received some responses but did not receive responses to the interrogatories directed to Deputy Dapp. Instead, he states counsel for defendants requested additional time to finalize Deputy Dapp's answers to the interrogatories. To date, plaintiff states he has received no further response.

In response to the motions to compel (Doc. 46), defendants state they did receive the interrogatories on January 28, 2008, but did not receive any requests for the production of documents. Defendants state they first received the requests for the production of documents on April 17th as an exhibit to the motion to compel. Defendants indicate they will respond to these

-1-

requests within thirty days from the date they were received. Given this representation, **plaintiff's motion to compel (Doc. 44) is denied.**

As to the second motion to compel (Doc. 45), defendants' counsel indicates he still has not received Defendant Dapp's answers to interrogatories. Defendants' counsel states he is in the process of attempting to locate Defendant Dapp. Defendants' counsel indicates Defendant Dapp is no longer in the employ of the Benton County Detention Center. **Plaintiff's motion to compel (Doc. 45) is granted. Defendant Dapp is given until May 27, 2008, to provide his interrogatory responses to the plaintiff.**

IT IS SO ORDERED this 12th day of May 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)